IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE ABNEY GRANT,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>No. 10-2780 |

**ORDER**

**AND NOW**, this 9th day of December 2011, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues [Doc. No. 12], Defendant's Response [Doc. No. 5], Plaintiff's Reply [Doc. No. 16], and the administrative record, and upon review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkins [Doc. No. 19], to which there were no objections, the Court finds that the administrative record does not contain substantial evidence to support the ALJ's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that the Report and Recommendation [Doc. No. 19] is **APPROVED** and **ADOPTED**, Plaintiff's request for remand is **GRANTED**, and this matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

Judgement is entered reversing the decision of the Commissioner of Social Security for the purpose of remand only.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**